■ LARRY KOSTERICH, Respondent, v U. S. FOODS CORP., Appellant, et al., Defendant.—Order of the Supreme Court, Westchester County, dated September 3, 1985, affirmed, with costs, for reasons stated by Justice Beisner at Special Term. Mangano, J. P., Gibbons, Kooper and Spatt, JJ., concur.